**James Michael FOX, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. A14–82–310CR.**

Court of Appeals of Texas,
Houston (14th Dist.).

April 14, 1983.

Marqua Billingsly, Houston, for appellant.

Patricia Saum, Houston, for appellee.

Before J. CURTISS BROWN, C.J., and DRAUGHN and ELLIS, JJ.

J. CURTISS, BROWN, Chief Justice.

Appeal is taken from a conviction for credit card abuse.

James Michael Fox (Fox or appellant) waived his rights to prosecution by indictment and trial by jury and entered a plea of guilty to the information charging him with the felony offense of credit card abuse. Punishment was assessed by the court at ten years imprisonment and a $5,000.00 fine. Fox challenges the sufficiency of the evidence offered in support of the conviction. We affirm.

At the hearing on appellant's plea, the only evidence offered by the state in support of conviction was the written stipulation of evidence and judicial confession signed by appellant. In his sole ground of error, appellant contends the judicial confession was insufficient to support the conviction because it did not include a date on which the offense was committed.

A written affirmation of an indictment or information as true constitutes a judicial confession which alone is sufficient to sustain a conviction on a plea of guilty. *See Adam v. State,* 490 S.W.2d 189 (Tex.Cr.

App.1973). The body of the judicial confession signed by appellant contains the same allegations as the information. Below these allegations is the language: "I understand the above allegations and I confess that they are true and that the acts alleged above were committed on January 21, 198____." [1]

The effect of appellant's judicial confession was to affirm as true the allegations in the information. Those allegations included all of the elements which must be proved to support a conviction for credit card abuse under Tex.Penal Code Ann.

§ 32.31(b)(1)(A) (Vernon 1974). Further, appellant's judicial confession was an admission that the offense occurred on or about January 21, 1982. We find this to be an admission that the offense occurred before the information was filed and within the period of limitation. *See Ex parte Hyett,* 610 S.W.2d 787 (Tex.Cr.App.1981). Appellant's judicial confession was therefore valid and sufficient to support the conviction. Appellant's sole ground of error is overruled.

The judgment of the trial court is affirmed.

### EXHIBIT A

WAIVER OF CONSTITUTIONAL RIGHTS, AGREEMENT TO STIPULATE, AND JUDICIAL CONFESSION

In open court and prior to entering my plea, I waive the right of trial by jury. I also waive the appearance, confrontation, and cross-examination of witnesses, and my right against self-incrimination. The charges against me allege that in Harris County, Texas, I

JAMES MICHAEL FOX

hereafter styled the Defendant, heretofore on or about ___January 21, 1982___ then and there unlawfully

with intent to obtain property and service fraudulently, present to HARVEY DANIEL a Mastercard credit card knowing the use was without the effective consent of the Cardholder, MICHAEL ELROD, namely, without any consent of any kind, and knowing that the credit card had not been issued to the Defendant.

STATE'S EXHIBIT

AGAINST THE PEACE AND DIGNITY OF THE STATE.

I understand the above allegations and I confess that they are true and that the acts alleged above were committed on ___January 21, 198___.

In open court I consent to the oral and written stipulation of evidence in this case and to the introduction of affidavits, written statements of witnesses and other documentary evidence. I am satisfied that the attorney representing me today in court has properly represented me and I have discussed this case with him.

I intend to enter a plea of guilty and the prosecutor will recommend that my punishment should be set at ___NO agreed recommendati___ ___P.S.I, State will stand mute at punishment___ and I agree to that recommendation. I waive any further time to prepare for trial to which I or my attorney may be entitled.

DEFENDANT _____

Sworn and Subscribed before me on _____

HARRIS COUNTY DEPUTY DISTRICT CLERK _____

I represent the defendant in this case and believe that this document was executed by him knowingly and voluntarily and after I fully discussed it and its consequences with him. I believe that he is competent to stand trial. I agree to the prosecutor's recommendation as to punishment. I waive any further time in which I or the defendant may be entitled.

___Michael Stephenson___
DEFENDANT'S ATTORNEY PRINT

I consent to and approve the above waiver of trial by jury and stipulation of evidence.

SIGNATURE OF _____

ASSISTANT DISTRICT ATTORNEY OF HARRIS COUNTY, TEXAS

This document was executed by the defendant, his attorney, and the attorney representing the State and then filed with the papers of the case. The defendant in open court before me and I approved the above and the defendant entered a plea of guilty. After I admonished the defendant of the consequences of his plea, I ascertained that he entered it knowingly and voluntarily after discussing the case with his attorney. It appears that the defendant is mentally competent and the plea is free and voluntary. I find that defendant's attorney is competent and has effectively represented the defendant in this case. I find the punishment assessed would not exceed the agreed recommendation as to punishment.

JUDGE PRESIDING

PLEA OF GUILTY

1. See Exhibit A.